No. 68452.—J. Gerber & Co., Inc. *v.* United States, protest 62/9734 (Philadelphia).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of HO equipment similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.*   (47 CCPA 137, C.A.D. 746), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 14, 1964

No. 68453.—Toyo Rug Co., Ltd. *v.* United States, protests 59/21619(B), etc. (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of wool blend rugs similar in all material respects to those the subject of Abstract 67908, the claim of the plaintiff was sustained.

No. 68454.—Toyo Rug Co., Ltd. *v.* United States, protests 60/4292(C), etc. (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of wool blend rugs similar in all material respects to those the subject of Abstract 67908, the claim of the plaintiff was sustained.

No. 68455.—British Auto Parts, Inc., et al. *v.* United States, protests 58/10322, etc. (San Francisco).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of hand-operated windshield washers, which are mechanical contrivances having movable parts for utilizing, applying, or modifying energy